**PRIORITY SEND**
JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 09-253-VAP (PLAx)                              Date:  March 20, 2009

Title:   AURORA LOAN SERVICES, LLC -v- LORENZO LUNA
================================================================
PRESENT:       HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

    Marva Dillard                                                  None Present
    Courtroom Deputy                                           Court Reporter

ATTORNEYS PRESENT FOR                           ATTORNEYS PRESENT FOR
PLAINTIFFS:                                                    DEFENDANTS:

    None                                                                 None

PROCEEDINGS:     MINUTE ORDER: (1) GRANTING MOTION TO REMAND TO THE SUPERIOR COURT FOR THE COUNTY OF RIVERSIDE; (2) VACATING MARCH 30, 2009 HEARING; (3) GRANTING IN PART REQUEST FOR ATTORNEYS' FEES (IN CHAMBERS)

    The Court has received and considered all papers filed in support of Plaintiff Aurora Loan Services's  ("Plaintiff") Motion to Remand ("Motion").  Plaintiff's Motion is appropriate for resolution without oral argument.  See Fed. R. Civ. P. 78; Local R. 7-15.  The Court VACATES the March 30, 2009 hearing.

**I.  REMAND**

    Plaintiff filed its Motion on March 3, 2009 to be heard on March 30, 2009.  Plaintiff moves the Court to remand the action because the Complaint presents no federal question and the Court lacks diversity jurisdiction.  The face of the Complaint contains no federal question and neither the Complaint nor the Notice of Removal includes facts on which the Court could conclude it has diversity jurisdiction.  In addition, under Local Rule 7-9, a party must file opposition papers no later

MINUTES FORM 11                                                  Initials of Deputy Clerk   md
CIVIL -- GEN                                     Page 1

EDCV 09-253-VAP (PLAx)
AURORA LOAN SERVICES, LLC v LORENZO LUNA
MINUTE ORDER of March 20, 2009

than 14 days before the date designated for the hearing of the motion.  Defendant Lorenzo Luna ("Defendant") is not represented by counsel.  He filed no timely opposition.  Under Local Rule 7-12, the Court finds Defendant has consented to granting the Motion.  The case is remanded to the Superior Court for the County of Riverside.

## II.  ATTORNEYS' FEES

Plaintiff requests $2,100 in attorneys' fees, including four hours of work at $175.00 per hour to bring the Motion and eight hours of work at $175.00 per hour to prepare a Reply and to attend the hearing on the Motion.

As no opposition was filed, no Reply is necessary.  In addition, the Court will not hold a hearing on this matter.  Accordingly, the Court reduces the amount of attorneys' fees requested from $2,100 to $700 (four hours of work at $175 per hour).

Plaintiff is granted costs in an amount to be determined by filing a bill of costs with the Clerk of Costs.

## III. CONCLUSION

The Court VACATES the March 30, 2009 hearing; REMANDS the case to Superior Court for the County of Riverside; AWARDS Plaintiff $700 in attorneys' fees and costs to be taxed by the Clerk of Court.

**IT IS SO ORDERED.**